BARBARA J. PARKER, City Attorney - SBN 069722
OTIS McGEE, JR., Chief Assistant City Attorney - SBN 071885
JAMILAH A. JEFFERSON, Deputy City Attorney - SBN 219027
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Phone: (510) 238-7686, Fax: (510) 238-6500
Email: jjefferson@oaklandcityattorney.org
X040219/1840456

Attorneys for Defendants
CITY OF OAKLAND, OAKLAND FIRE DEPARTMENT
TERESA DELOACH REED, in her official and individual capacities

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH TORRES, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF OAKLAND, OAKLAND FIRE DEPARTMENT, TERESA DELOACH REED, in her official and individual capacities <br><br> Defendants. | Case No. C-15-05075-JCS <br><br> **STIPULATION TO EXTEND TIME TO FILE DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendants City of Oakland, Oakland Fire Department, and Teresa Deloach Reed requested an extension of time within which to file a responsive pleading to Plaintiff Joseph Torres' Complaint. Counsel for the parties agreed that Defendants would file a responsive pleading no later than **January 26, 2016**. Attached as Exhibit A is a true and correct copy of the parties' email exchange memorializing the agreement.

Date: January 26, 20__

Dated: 1/27/16

IT IS SO ORDERED
Judge Joseph C. Spero

BARBARA J. PARKER, City Attorney
OTIS McGEE, JR., Chief Assistant City Attorney
JAMILAH A. JEFFERSON, Senior Deputy City Attorney

_____
Jamilah A. Jefferson
Attorneys for Defendants,
CITY OF OAKLAND, et al.

# EXHIBIT A

## Jefferson, Jamilah

| | |
|---|---|
| **From:** | Bryan Vereschagin <bryan@vereschaginlaw.com> |
| **Sent:** | Wednesday, January 06, 2016 4:07 PM |
| **To:** | Jefferson, Jamilah; Ferrel, Elizabeth |
| **Cc:** | X04219_Torres_ Joseph E_mail |
| **Subject:** | RE: Joseph Torres vs. City of Oakland, et al.; C-15-05075-JCS; Request for a Two Week Extension to January 26, 2016, to Respond to Complaint [IWOV-imanage.FID169692] |

No problem. Thanks.


Bryan Vereschagin
Vereschagin Law Firm P.C.
505 Montgomery Street, 11th Floor
San Francisco, California 94111
Ph: 415-834-5434
Cell: 415-370-8380
bryan@vereschaginlaw.com


Sent from my Verizon Wireless 4G LTE smartphone
-------- Original message --------
From: "Jefferson, Jamilah" <JJefferson@oaklandcityattorney.org>
Date: 1/6/2016 3:55 PM (GMT-08:00)
To: Bryan Vereschagin <bryan@vereschaginlaw.com>, "Ferrel, Elizabeth" <EFerrel@oaklandcityattorney.org>
Cc: X04219_Torres_ Joseph E_mail <{F169692}.imanage@oca-svr-dms1.oca.oakland.local>
Subject: RE: Joseph Torres vs. City of Oakland, et al.; C-15-05075-JCS; Request for a Two Week Extension to January 26, 2016, to Respond to Complaint [IWOV-imanage.FID169692]


Great. Thank you very much. Safe travels.


**From:** Bryan Vereschagin [mailto:bryan@vereschaginlaw.com]
**Sent:** Wednesday, January 06, 2016 3:52 PM
**To:** Ferrel, Elizabeth
**Cc:** Jefferson, Jamilah; X04219_Torres_ Joseph E_mail
**Subject:** RE: Joseph Torres vs. City of Oakland, et al.; C-15-05075-JCS; Request for a Two Week Extension to January 26, 2016, to Respond to Complaint [IWOV-imanage.FID169692]


Jamilah: No problem with the extension. I've been on the road for holidays or work much of the past week.


Best regards always,

1

Bryan Vereschagin

Vereschagin Law Firm P.C.

505 Montgomery Street, 11th Floor

San Francisco, California 94111

Ph: 415-834-5434

Cell: 415-370-8380

bryan@vereschaginlaw.com

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------

From: "Ferrel, Elizabeth" <EFerrel@oaklandcityattorney.org>

Date: 1/6/2016 2:26 PM (GMT-08:00)

To: bryan@vereschaginlaw.com

Cc: "Jefferson, Jamilah" <JJefferson@oaklandcityattorney.org>, X04219_Torres_ Joseph E_mail <{F169692}.imanage@oca-svr-dms1.oca.oakland.local>

Subject: Joseph Torres vs. City of Oakland, et al.; C-15-05075-JCS; Request for a Two Week Extension to January 26, 2016, to Respond to Complaint [IWOV-imanage.FID169692]

Dear Mr. Vereschagin:

I hope this email finds you well. I am contacting you regarding the above-captioned matter in which our office represents the following Defendants: City of Oakland, the Oakland Fire Department and the Fire Chief, Teresa Deloach Reed. In light of the recent holidays and scheduling difficulties, our office is

requesting a two week extension within which to Respond to the Complaint served by your client, Joseph Torres on December 22, 2015.. We are seeking an extension to January 26, 2016.

Otis McGee, Jr. from our office has made an attempt to contact you via telephone in regards to the extension as well. We thank you in advance for your attention to this matter.

Sincerely,

Jamilah A. Jefferson

Senior Deputy City Attorney

Oakland City Attorney's Office

1 Frank Ogawa Plaza, 6th Floor

Oakland, CA 94612

(510) 238-7686

This is a confidential attorney-client communication. This email contains confidential attorney-client privileged information and is for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachments. [v1.3]