```
BARBARA J. PARKER, City Attorney - SBN 069722
OTIS McGEE, JR., Chief Assistant City Attorney - SBN 071885
JAMILAH A. JEFFERSON, Deputy City Attorney - SBN 219027
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Phone: (510) 238-7686, Fax: (510) 238-6500
Email: jjefferson@oaklandcityattorney.org
X040219/1862966

Attorneys for Defendants
CITY OF OAKLAND, OAKLAND FIRE DEPARTMENT
TERESA DELOACH REED, in her official and individual capacities
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH TORRES,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, OAKLAND FIRE DEPARTMENT, TERESA DELOACH REED, in her official and individual capacities<br><br>  Defendants. | Case No.  C-15-05075-JCS<br><br>**REQUEST AND STIPULATION TO RESCHEDULE CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE DATES IN COURT'S FEBRUARY 23, 2016 CASE MANAGEMENT AND PRETRIAL ORDER** |

Defendants have a scheduling conflict with certain days in the Court's February 23, 2016 Case Management and Pretrial Order.

Specifically, Defendants seek to reschedule the Case Management Statement deadline from May 13, 2016 to ~~May 19, 2017~~ May 27, 2016.

Further, Defendants seek to reschedule the Case Management Conference from May 20, 2016 to ~~May 27, 2017~~ June 3, 2016.

-1-                                              C15-05075-JCS

Request and Stipulation to Reschedule Case
Management Statement and Case Management
Conference Dates in Court's 2/23 16 Order

The parties have agreed to the proposed new dates. Attached as Exhibit A is a true and correct copy of the parties' email exchange memorializing the agreement.

By and through this stipulation, the parties propose these new dates and request approval from the Court.

Date: February 29, 2016

    BARBARA J. PARKER, City Attorney
    OTIS McGEE, JR., Chief Assistant City Attorney
    JAMILAH A. JEFFERSON, Senior Deputy City Attorney

    By: /s/ Jamilah A. Jefferson
    Attorneys for Defendants,
    CITY OF OAKLAND, et al.

Date: February 29, 2016

    VERESCHAGIN LAW FIRM P.C.
    BRYAN W. VERESCHAGIN

    By: /s/ Bryan W. Vereschagin
    Attorney for Plaintiff,
    JOSEPH TORRES

Dated: 3/2/16

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-　　　C15-05075-JCS

Request and Stipulation to Reschedule Case
Management Statement and Case Management
Conference Dates in Court's 2/23 16 Order

# EXHIBIT A

**Jefferson, Jamilah**

**From:** Bryan Vereschagin <bryan@vereschaginlaw.com>
**Sent:** Friday, February 26, 2016 2:17 PM
**To:** Jefferson, Jamilah
**Cc:** {F169692}.imanage@oca-svr-dms1.oca.oakland.local
**Subject:** RE: Do you mind if we do initial disclosures next Friday?

Perfect. Have a good weekend.

Bryan Vereschagin
The Vereschagin Law Firm PC
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Ph: 415-834-5434
Fax: 800-846-3079
www.vereschaginlaw.com

**From:** Jefferson, Jamilah [mailto:JJefferson@oaklandcityattorney.org]
**Sent:** 02/26/2016 11:02 AM
**To:** Bryan Vereschagin
**Cc:** {F169692}.imanage@oca-svr-dms1.oca.oakland.local
**Subject:** RE: Do you mind if we do initial disclosures next Friday?

Ok. Sounds good. I will draft stip next week with your electronic signature. Hopefully the Court will approve.

**From:** Bryan Vereschagin [mailto:bryan@vereschaginlaw.com]
**Sent:** Friday, February 26, 2016 10:48 AM
**To:** Jefferson, Jamilah
**Cc:** {F169692}.imanage@oca-svr-dms1.oca.oakland.local
**Subject:** RE: Do you mind if we do initial disclosures next Friday?

Jamilah: Let's do May 19 for the statement and the 27th for the CMC.

Best always,

Bryan Vereschagin
The Vereschagin Law Firm PC
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Ph: 415-834-5434
Fax: 800-846-3079
www.vereschaginlaw.com

**From:** Jefferson, Jamilah [mailto:JJefferson@oaklandcityattorney.org]
**Sent:** 02/24/2016 12:41 PM
**To:** Bryan Vereschagin
**Cc:** {F169692}.imanage@oca-svr-dms1.oca.oakland.local
**Subject:** RE: Do you mind if we do initial disclosures next Friday?
**Importance:** High

Bryan,

I am proposing new dates for the next CMC statement and CMC hearing. Spero only hears CMCs on Friday and typically the CMC statement is due the week before.

Which set of dates work for you:

1. CMC statement Apr 29; CMC May 6
2. CMC statement May 19; CMC May 27
3. CMC statement June 1; CMC June 10

Let me know what you think.

Thanks.
Jamilah

---

**From:** Bryan Vereschagin [mailto:bryan@vereschaginlaw.com]
**Sent:** Thursday, February 18, 2016 2:36 PM
**To:** Jefferson, Jamilah
**Cc:** {F169692}.imanage@oca-svr-dms1.oca.oakland.local
**Subject:** RE: Do you mind if we do initial disclosures next Friday? [IWOV-imanage.FID169692]

Perfect.

Have a great day,

Bryan Vereschagin
The Vereschagin Law Firm PC
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Ph: 415-834-5434
Fax: 800-846-3079
www.vereschaginlaw.com

---

**From:** Jefferson, Jamilah [mailto:JJefferson@oaklandcityattorney.org]
**Sent:** 02/18/2016 2:31 PM
**To:** Bryan Vereschagin
**Cc:** {F169692}.imanage@oca-svr-dms1.oca.oakland.local
**Subject:** RE: Do you mind if we do initial disclosures next Friday? [IWOV-imanage.FID169692]

Ok. I will figure out a few sets of dates and send them to you.

---

**From:** Bryan Vereschagin [mailto:bryan@vereschaginlaw.com]
**Sent:** Thursday, February 18, 2016 2:09 PM
**To:** Jefferson, Jamilah
**Cc:** {F169692}.imanage@oca-svr-dms1.oca.oakland.local
**Subject:** RE: Do you mind if we do initial disclosures next Friday? [IWOV-imanage.FID169692]

Jamilah: Thanks for agreeing to the extension. No issue continuing the next CMC, but I have a trial starting in June 20 that will go to trial based on present posturing, so any rescheduling best if last week of May or first few days of June.

Best always,

2

Bryan Vereschagin
The Vereschagin Law Firm PC
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Ph: 415-834-5434
Fax: 800-846-3079
www.vereschaginlaw.com

---

**From:** Jefferson, Jamilah [mailto:JJefferson@oaklandcityattorney.org]
**Sent:** 02/18/2016 1:11 PM
**To:** Bryan Vereschagin
**Cc:** X04219_Torres_ Joseph E_mail <{F169692}.imanage@oca-svr-dms1.oca.oakland.local>
**Subject:** RE: Do you mind if we do initial disclosures next Friday? [IWOV-imanage.FID169692]

Bryan, No problem. We can extend initial disclosures to Feb 26.

Also, after reviewing the Court's order after our CMC last Friday, I hope we can stipulate to moving the next CMC statement date (5/13) and CMC hearing date (5/20). I have scheduled vacation those dates. I am open to new dates any other time in May other than 5/12 and Memorial day weekend. Let me know if you have any conflicts in May so I can send over a stip with some proposed dates sooner than later.

Thanks.

---

**From:** Bryan Vereschagin [mailto:bryan@vereschaginlaw.com]
**Sent:** Thursday, February 18, 2016 11:06 AM
**To:** Jefferson, Jamilah
**Subject:** Do you mind if we do initial disclosures next Friday?

Jamilah: I'm still getting documents together and was wondering if we can extend our initial disclosures to next Friday? Please advise if you have any issue with that.

Best regards always,

Bryan Vereschagin
The Vereschagin Law Firm PC
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Ph: 415-834-5434
Fax: 800-846-3079
www.vereschaginlaw.com

This is a confidential attorney-client communication. This email contains confidential attorney-client privileged information and is for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachments. [v1.3]

3