BARBARA J. PARKER, City Attorney - SBN 069722
OTIS McGEE, JR., Chief Assistant City Attorney - SBN 071885
JAMILAH A. JEFFERSON, Deputy City Attorney - SBN 219027
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Phone: (510) 238-7686, Fax: (510) 238-6500
Email: jjefferson@oaklandcityattorney.org
X040219/1862966

Attorneys for Defendants
CITY OF OAKLAND, OAKLAND FIRE DEPARTMENT
TERESA DELOACH REED, in her official and individual capacities

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH TORRES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, OAKLAND FIRE DEPARTMENT, TERESA DELOACH REED, in her official and individual capacities<br><br>Defendants. | Case No. C-15-05075-JCS<br><br>**REQUEST AND STIPULATION TO RESCHEDULE CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE DATES IN COURT'S FEBRUARY 23, 2016 CASE MANAGEMENT AND PRETRIAL ORDER** |

Defendants have a scheduling conflict with certain days in the Court's February 23, 2016 Case Management and Pretrial Order.

Specifically, Defendants seek to reschedule the Case Management Statement deadline from May 13, 2016 to **June 3, 2016**.

Further, Defendants seek to reschedule the Case Management Conference from May 20, 2016 to **June 10, 2016**.

-1-   C15-05075-JCS

Request and Stipulation to Reschedule Case
Management Statement and Case Management
Conference Dates in Court's 2/23/16 Order

1  The parties have agreed to the proposed new dates. Attached as Exhibit A is a true and
2  correct copy of the parties' email exchange memorializing the agreement.
3  By and through this stipulation, the parties propose these new dates and request approval
4  from the Court.

6  Date: March 2, 2016

        BARBARA J. PARKER, City Attorney
        OTIS McGEE, JR., Chief Assistant City Attorney
        JAMILAH A. JEFFERSON, Senior Deputy City Attorney

        By: /s/ Jamilah A. Jefferson
        Attorneys for Defendants,
        CITY OF OAKLAND, et al.

12  Date: March 2, 2016

        VERESCHAGIN LAW FIRM P.C.
        BRYAN W. VERESCHAGIN

        By: /s/ Bryan W. Vereschagin
        Attorney for Plaintiff,
        JOSEPH TORRES

18  Dated: 3/3/16

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

-2-   C15-05075-JCS

Request and Stipulation to Reschedule Case
Management Statement and Case Management
Conference Dates in Court's 2/23/16 Order