BARBARA J. PARKER, City Attorney - SBN 069722
OTIS McGEE, JR., Chief Assistant City Attorney - SBN 071885
JAMILAH A. JEFFERSON, Deputy City Attorney - SBN 219027
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Phone: (510) 238-7686, Fax: (510) 238-6500
Email: jjefferson@oaklandcityattorney.org
X040219/1879535

Attorneys for Defendants
CITY OF OAKLAND, OAKLAND FIRE DEPARTMENT
TERESA DELOACH REED, in her official and individual capacities

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH TORRES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, OAKLAND FIRE DEPARTMENT, TERESA DELOACH REED, in her official and individual capacities<br><br>Defendants. | Case No. C-15-05075-JCS<br><br>**REQUEST AND STIPULATION TO EXTEND TIME FOR COMPLETION OF EARLY NEUTRAL EVALUATION** |

The parties agreed to participate in Early Neutral Evaluation ("ENE") at the Case Management Conference on February 12, 2016. The Court ordered the parties to ENE on February 18, 2016. The parties have been assigned to Jonathan Allan Klein of Kelly, Hockel & Klein P.C. for case evaluation. Mr. Klein indicated that the parties have 90 days from the Court's referral to ENE to complete the process. The parties tentatively agreed to sit for the ENE session on April 28, 2016. The ENE statement is due on April 21, 2016. Attached as Exhibit A is a true and correct

copy of the Scheduling Letter from Mr. Klein.

The parties also agreed, however, that these dates give them insufficient time to complete the limited discovery that the Court ordered completed prior to the ENE session. The parties and Mr. Klein agreed that it might be beneficial to request an extension of time to complete the ENE session. The parties agreed that completing the ENE session no later than **June 17, 2016** would be reasonable.

By and through this stipulation, the parties seek to extend the time to complete the ENE session, propose **June 17, 2016** as the new deadline, and request approval from the Court.

Date: March 30, 2016

BARBARA J. PARKER, City Attorney
OTIS McGEE, JR., Chief Assistant City Attorney
JAMILAH A. JEFFERSON, Senior Deputy City Attorney

By: /s/ Jamilah A. Jefferson
Attorneys for Defendants,
CITY OF OAKLAND, et al.

Date: March 30, 2016

VERESCHAGIN LAW FIRM P.C.
BRYAN W. VERESCHAGIN

By: /s/ Bryan W. Vereschagin
Attorney for Plaintiff,
JOSEPH TORRES

Dated: 4/1/16

IT IS SO ORDERED
Judge Joseph C. Spero

# EXHIBIT A



**KELLY, HOCKEL & KLEIN, P.C.**
Attorneys at Law

44 Montgomery Street, Suite 1500
San Francisco, CA 94104

JONATHAN ALLAN KLEIN

March 21, 2016

**VIA EMAIL TRANSMISSION**

Bryan W. Vereschagin, Esq.
VERESCHAGIN LAW FIRM P.C.
505 Montgomery Street, 11th Floor
San Francisco, CA 94111

Jamilah A Jefferson, Esq.
Oakland City Attorney
1 Frank Ogawa Plaza, 6th Floor
Oakland, CA  94612

      Re:    *Torres v. City of Oakland*
                 Case No. C 15-05075 JCS ENE

Dear Counsel:

      Thank you for speaking with me today.  As we discussed, the ENE in this case has been scheduled for April 28, 2016, at 9:00 a.m. at my offices here in San Francisco.  The parties are directed that Mr. Torres and Ms. Reed are required to be in attendance, but that they may also bring other witnesses or participants as they deem fit.  I have reserved the entire day for the matter, although the length of the day is likely dependent upon each of you and your clients.

      Written ENE statements, not to exceed 5 pages (if by letter) or 10 pages (if by pleading) must be *exchanged between the parties and delivered to me via email* by no later than April 21, 2016.

      The Court's Orders provide that I provide at least four hours of my time complimentary to the parties.  Should we go over the four hours, I will be happy to continue if the parties so desire; however, my time would be reimbursed at the rate of $300/hour, equally split between the parties.

Tel: (415) 951-0535 | Fax: (415) 391-7808 | www.khklaw.com



Re: *Torres v. City of Oakland*
March 21, 2016
Page 2

Again, I look forward to meeting both of you. I believe you will find this process useful, whether you proceed to hear my evaluation or whether we participate in a mediation session, or both.

Very truly yours,

Jonathan Allan Klein

cc: Ms. Alice Fiel (via email -- Alice_Fiel@cand.uscourts.gov)